AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN   DISTRICT OF   NEW YORK

UNITED STATES OF AMERICA
v.
JACKSON RAFEL

APPEARANCE

Case Number: 07-MJ-1727

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

JACKSON RAFEL LOPEZ-HERNANDEZ

I certify that I am admitted to practice in this court.

November 2, 2007
Date

Signature

MICHAEL J. NEDICK
Print Name   Bar Number

888 Grand Concourse
Address

Bronx   New York   10451
City   State   Zip Code

(718) 665-9533   (718) 665-9147
Phone Number   Fax Number