UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

<u>                                                                                     Case Number 07Cr 1192 (AKH)</u>

UNITED STATE OF AMERICA

v,

JACKSON RAFAEL LOPEZ-HERNANDEZ
Defendant.

---

**Notice of Appearance**

---

To the Clerk of the Court:

Enter my appearance as attorney of record for the above named defendant and serve all pleadings on the address below.

I certify that I am in good standing and was admitted in March 1978.

> Ramón W. Pagán, Esq.
> Pagán & Pagán
> Attorneys for the defendant Lopez
> 2116 Williamsbridge Road
> Bronx, New York 10461
> Tel: 718-993-1598
> Fax: 718-792-7645
> Ramonpaganlaw.com