

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 24, 2008

<u>By Facsimile</u>
The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1050
New York, New York 10007-1312

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/27/08
```

    Re:   <u>United States v. Lopez and Mendez</u>
           07 Cr. 1192 (AKH)

Dear Judge Hellerstein:

      The Court had previously scheduled a conference in the above-referenced case for June 25, 2008, at 4 p.m. and, subsequently, adjourned the conference.

      The Government respectfully requests that the Court schedule the next conference for the afternoon of either July 7, 9, or 10. I have conferred with defense counsel who are available on those dates and times. Justin Levine, Esq., counsel for defendant Juan Mendez, informs me that he is unavailable the week of June 30, 2008.

      In addition, the Government requests that the Court exclude time between June 25 2008, and the date of the next conference before your Honor, pursuant to 18 U.S.C. § 3161(h)(8)(A). The Government submits, in order to ensure the effective assistance of counsel and the appearance of Mr. Levine, that the ends of justice served by the granting of an requested exclusion outweigh the best interests of the public and the defendants in a

The Honorable Alvin K. Hellerstein
June 24, 2008
Page 2

speedy trial. Based on my conversations with defense counsel, I can represent that the defendants do not object to the requested exclusion.

        Respectfully submitted,

        MICHAEL J. GARCIA
        United States Attorney

By: _____
    Daniel W. Levy
    Assistant United States Attorney
    Telephone: (212) 637-1062

cc:    (by facsimile)

    Justin Levine, Esq.
    Seijas, Levine & Greifinger

    Ramón W. Pagán, Esq.
    Pagán & Pagán

Next conference scheduled for and time excluded under 18 U.S.C. § 3161(h)(8)(A) until:

July ___7___, 2008, at  11:05 a.m.

SO ORDERED:

_____
The Honorable Alvin K. Hellerstein
United States District Judge